**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jodi C. Andrews
Lestage & Andrews
P. O. Box 880
DeRidder LA 70634

**REHEARING ACTION: May 30, 2018**

**Docket Number: 17   00860-CA**

**SUCCESSION OF**
**WILLIAM DALTON PELT**

**Appealed from Vernon Parish Case No. 92868**

**BEFORE JUDGES:**

    **Hon. Phyllis M. Keaty**
    **Hon. John E. Conery**
    **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing and the motion for rehearing en banc filed by **Barbara Cooley, et al** have

this day been

    **DENIED.**

cc: B. Gene Taylor, III, Counsel for the Appellant